Elizabeth A. Skane, Esq. (Bar No. 7181)
eskane@skanemills.com
Elizabeth C. Spaur (Bar No. 10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535
(702) 363-2534 Fax

*Attorneys for Defendant, InTouch Credit Union*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA GROGAN,<br><br>                           Plaintiff,<br><br>v.<br><br>ALLIED SOLUTIONS, LLC, OHIO INDEMNITY COMPANY, SECURE COLLATERAL MANAGEMENT, INTOUCH CREDIT UNION, and RECOVERY NETWORK OF NEVADA, INC.,<br><br>                           Defendants. | Case No. 2:24-cv-01669-APG-MDC<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT INTOUCH CREDIT UNION'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Sandra Grogan ("Plaintiff") and Defendant InTouch Credit Union ("InTouch"), by and through their undersigned counsel (collectively, "the Parties"), hereby stipulate as follows:

1. On September 10, 2024, Plaintiff filed his Complaint in the above-referenced matter.

2. On September 19, 2024, InTouch was served with Plaintiff's Complaint.

3. InTouch's current deadline to respond to the Complaint is October 10, 2024.

4. Good cause exists for InTouch's request to extend the current response deadline by 30 days, as InTouch is still investigating Plaintiff's claims and discussing potential resolution.

5. Plaintiff does not oppose an extension of InTouch's time to respond to the Complaint so that the Parties may devote their time and energy to resolving this matter. Pursuant to Local Rule IA 6-1, InTouch respectfully requests the Court for an extension of time to file its responsive pleading for 30 days, which is up to and including November 11, 2024.

7588781.1

1

6. This stipulation is not for delay.

7. This is the first stipulation for an extension of time for InTouch to respond to the Complaint. No other deadlines will be affected by this extension.

Plaintiff has agreed to extend the deadline in which InTouch has to answer or otherwise respond to Plaintiff's Complaint up to and including November 9, 2024. This is the first stipulation for extension of time for InTouch to respond to Plaintiff's Complaint.

Dated this 10th day of October 2024.

SKANE MILLS LLP

*/s/ Elizabeth C. Spaur*
Elizabeth C. Spaur, Esq. (Bar No. 10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Counsel for InTouch Credit Union*

FREEDOM LAW FIRM

*/s/ George Haines*
George Haines (Bar No. 9411)
ghaines@freedomlegalteam.com
Gerardo Avalos (Bar No. 15171)
gavalos@freedomlegalteam.com
8985 S Eastern Avenue, Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff*

7588781.1

2

**ORDER**

The Joint Stipulation for Extension of Time for InTouch Credit Union to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 15th day of October, 2024.

_____
**Hon. Maximiliano D. Couvillier III**
**United States Magistrate Judge**

3

7588781.1