**Marquis Aurbach**
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Tabetha Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cbalducci@maclaw.com
tsteinberg@maclaw.com
Attorneys for Defendants Allied
Solutions, LLC, Ohio Indemnity Company,
and Secure Collateral Management

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA GROGAN,<br><br>    Plaintiff,<br><br>V.<br><br>ALLIED SOLUTIONS, LLC; OHIO INDEMNITY COMPANY; SECURE COLLATERAL MANAGEMENT; INTOUCH CREDIT UNION; AND RECOVERY NETWORK OF NEVADA, INC.<br><br>    Defendants. | CASE NO.: 2:24-CV-01669-APG-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS ALLIED SOLUTIONS, LLC, OHIO INDEMNITY COMPANY, SECURE COLLATERAL MANAGEMENT, AND RECOVERY NETWORK OF NEVADA, INC., TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (ECF NO. 1)**<br><br>**(FIRST REQUEST)** |

Plaintiff Sandra Grogan ("Plaintiff"), by and through her counsel of record, George Haines, Esq., and Gerardo Avalos, Esq., of the law firm Freedom Law Firm, LLC, Defendants Allied Solutions, LLC ("Allied"), Ohio Indemnity Company ("Ohio"), and Secure Collateral Management ("Secure"), by and through their counsel of record, Tabetha J. Steinberg, Esq. and Christian T. Balducci, Esq., of the law firm of Marquis Aurbach, and Defendant Recovery Network of Nevada, Inc. ("Recovery"), by and through its counsel of

record, Jeff Sloane, Esq., of Sloane/Tygret Law Group, hereby jointly agree and stipulate as follows:

1. Plaintiff filed her Complaint on September 10, 2024 (ECF No. 1);
2. Allied, Ohio, Secure, and Recovery's current deadline to respond to Plaintiff's Complaint is October 11, 2024;
3. Allied, Ohio, Secure, and Recovery are unable to meet the October 11, 2024, deadline to file a responsive pleading to Plaintiff's Complaint;
4. The parties are also discussing potential settlement and resolution of Plaintiff's claims as alleged in her Complaint;
5. Plaintiff does not oppose granting Allied, Ohio, Secure, and Recovery an extension to file a responsive pleading to the Complaint;
6. Pursuant to LR IA 6-1, Allied, Ohio, Secure, and Recovery request for this Court to grant an extension of time to file a responsive pleading for thirty (30) days;
7. The new deadline for Allied, Ohio, Secure, and Recovery to file a responsive pleading to Plaintiff's Complaint is stipulated and agreed to be November 9, 2024;
8. This is Allied, Ohio, Secured, and Recovery's first request to extend the deadline to file a responsive pleading to Plaintiff's Complaint; and
9. This Stipulation is being made in good faith and not for purposes of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MAC: 17841-001 (#5646342.1) 10/11/2024 4:08 PM

**IT IS SO STIPULATED.**

Dated this 11th day of October, 2024

**MARQUIS AURBACH**

By: */s/ Christian T. Balducci*
    Christian T. Balducci, Esq.
    Nevada Bar No. 12688
    Tabetha Steinberg, Esq.
    Nevada Bar No. 16756
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Allied Solutions, LLC, Ohio Indemnity Company,
    and Secure Collateral Management

Dated this 11th day of October, 2024

**FREEDOM LAW FIRM, LLC**

By: */s/ Gerardo Avalos*
    George Haines, Esq.
    Nevada Bar No. 9411
    Gerardo Avalos, Esq.
    Nevada Bar No. 15171
    8985 South Eastern Avenue
    Las Vegas, Nevada 89123
    Attorneys for Plaintiff

Dated this 11th day of October, 2024

**SLOANE/TYGRET LAW GROUP**

By: */s/ Jeffrey G. Sloane*
    Jeffrey G. Sloane, Esq.
    Nevada Bar No. 784
    510 South 8th Street
    Las Vegas, Nevada 89101
    Attorneys for Defendant Recovery Network of Nevada, Inc.

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 10/15/2024