George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Sandra Grogan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sandra Grogan,<br><br>    Plaintiff,<br>v.<br><br>Allied Solutions, LLC; Ohio Indemnity Company; Secure Collateral Management; InTouch Credit Union; and Recovery Network of Nevada, Inc.,<br><br>    Defendants. | Case No.: 2:24-cv-01669-APG-MDC<br><br>**Stipulation of dismissal of Allied Solutions, LLC; Ohio Indemnity Company; Secure Collateral Management and Recovery Network of Nevada, Inc. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Sandra Grogan; Allied Solutions, LLC; Ohio Indemnity Company; Secure Collateral Management and Recovery Network of Nevada, Inc. stipulate to dismiss Plaintiff's claims against Allied Solutions, LLC; Ohio Indemnity Company; Secure Collateral Management; InTouch Credit Union; and Recovery Network of Nevada, Inc. with prejudice.

---

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 21, 2024.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**MARQUIS AURBACH**

/s/ *Tabetha J. Steinberg*
Christian T. Balducci, Esq.
Tabetha J. Steinberg, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Counsel for Allied Solutions, LLC, Ohio Indemnity Company, and Secure Collateral Management*

**SLOANE/TYGRET LAW GROUP**

/s/ *Jeffrey G. Sloane*
Jeffrey G. Sloane, Esq.
510 South 8th Street
Las Vegas, Nevada 89101
*Counsel for Recovery Network of Nevada, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: November 22, 2024

STIPULATION                                    - 2 -