George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Sandra Grogan*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sandra Grogan,<br><br>　　　　　Plaintiff,<br>v.<br><br>Allied Solutions, LLC; Ohio Indemnity Company; Secure Collateral Management; InTouch Credit Union; and Recovery Network of Nevada, Inc.,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01669-APG-MDC<br><br>**Stipulation for dismissal of InTouch Credit Union with prejudice.** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Sandra Grogan and InTouch Credit Union stipulate to dismiss Plaintiff's claims against InTouch Credit Union with prejudice.

///
///
///
///
///

_____

STIPULATION                          - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 27, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Sandra Grogan*

**SKANE MILLS LLP**

/s/ *Elizabeth C. Spaur*
Elizabeth A. Skane, Esq.
Elizabeth C. Spaur, Esq.
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Counsel for InTouch Credit Union*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: December 30, 2024